**Order filed, April 10, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00251-CV

_____

### ABBOTT VASCULAR INC., Appellant

### V.

### CHARLIE ACEBO, JR. AND GAIL STEPHENS ACEBO, Appellee

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-57965**

---

## ORDER

The reporter's record in this case was due February 18, 2020.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Cynthia Berry, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Christopher, Wise and Zimmerer.